**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

Michael Harper,

Plaintiff,

v.

State of Nevada, et al.

Defendants.

Case No. 2:26-cv-01924-CDS-DJA

**Order**

Plaintiff Michael Harper was formerly in the custody of the Nevada Department of Corrections ("NDOC") and therefore initiated his case by submitting an application to proceed *in forma pauperis* (meaning, to proceed without paying the filing fee) for an inmate in NDOC custody. Under 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2, an incarcerated plaintiff seeking to proceed without paying the filing fee must complete an application to proceed *in forma pauperis* and attach: (1) an inmate account statement for the past six months; and (2) a financial certificate from the institution where he is incarcerated certifying the amount of funds in the plaintiff's trust account at the institution. If the plaintiff has been incarcerated at the institution for fewer than six months, the certificate must show the account's activity for the shortened period. LSR 1-2. Plaintiff's initial application did not include this account statement or certificate. So, the Court ordered NDOC to file Plaintiff's financial documents. (ECF No. 7). However, the Court has yet to receive Plaintiff's financial documents from NDOC.

Plaintiff has now moved to the Washington County Jail in Florida. (ECF No. 10). The Court still requires an inmate account statement and financial certificate in order to screen Plaintiff's complaint. So, the Court will give Plaintiff sixty days to obtain these documents from the Washington County Jail in Florida and to file it on the docket in this case. Alternatively, Plaintiff may choose to pay the filing fee.

**IT IS THEREFORE ORDERED** that Plaintiff shall have until **January 12, 2027,** to file (1) an inmate account statement for the past six months[1]; and (2) a financial certificate from the institution where he is incarcerated certifying the amount of funds in the plaintiff's trust account at the institution. Alternatively, Plaintiff may choose to pay the filing fee on or before January 12, 2027. **Failure to timely comply with this order may result in the recommended dismissal of this case.**

**IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to **send** Plaintiff a copy of this order.

DATED: November 13, 2026,

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

[1] If the plaintiff has been incarcerated at the institution for fewer than six months, the certificate must show the account's activity for the shortened period. LSR 1-2.